**ELLENBERG LAW GROUP**
**Stanley J. Ellenberg, Esq.**
**ID No. 20710**
**stanley@sellenberglaw.com**
**Karen L. Hoffmann, Esq.***
**ID No. 323622**
**karen@sellenberglaw.com**
**1500 JFK Blvd. Suite 1825**
**Philadelphia, PA 19102**
**(215) 790-1682**
***Motion for *Pro Hac Vice* Admission Pending**          *Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE, | |
| Plaintiff, | |
| | Case No. 1:25-cv-00720-KMN |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the U.S. DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Student Doe, and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: April 24, 2025                    Respectfully submitted,

ELLENBERG LAW GROUP
BY: */s/ Stanley J. Ellenberg*
Stanley J. Ellenberg, Esq.
ID No. 20710
stanley@sellenberglaw.com
Karen L. Hoffmann, Esq.*
ID No. 323622
karen@sellenberglaw.com
1500 JFK Blvd. Suite 1825
Philadelphia, PA 19102
(215) 790-1682
*Motion for *Pro Hac Vice* Admission Pending

*Attorneys for Plaintiff*